IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STEVE SMITH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA LLC, *f/k/a Pharmacia Corporation*, PARKE, DAVIS & COMPANY LLC, and WARNER-LAMBERT COMPANY LLC, *f/k/a Warner-Lambert Company*,<br><br>　　　　　　Defendants. | CV 20-145-BLG-SPW-TJC<br><br>**ORDER** |

　　　　Plaintiff Steve Smith moves for the admission of Robert A. Mosier to practice before this Court in this case with John Heenan to act as local counsel. (Doc. 3.)

　　　　*Pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that the attorney seeking *pro hac vice* admission must file an affidavit attesting to various items enumerated at L.R. 83.1(d)(3). While Plaintiff's motion contains an affidavit from Mr. Mosier, it fails to properly address item 83.1(d)(3)(D) in that it lacks "the date(s) of admission" of all courts to which he has been admitted to practice. (*See* Doc. 3-1 at 1-2, ¶ 4.)

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Mosier *pro hac vice* is DENIED without prejudice. Plaintiff may resubmit the

motion, provided it is accompanied by an affidavit that complies in full with L.R. 83.1(d)(3).

    DATED this 26th day of October, 2020.

                                                      _____
                                                    TIMOTHY J. CAVAN
                                                    United States Magistrate Judge