IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STEVE SMITH,<br><br>   Plaintiff,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA LLC, *f/k/a Pharmacia Corporation*, PARKE, DAVIS & COMPANY LLC, and WARNER-LAMBERT COMPANY LLC, *f/k/a Warner-Lambert Company*,<br><br>   Defendants. | CV 20-145-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of Robert A. Mosier to practice before this Court in this case with John Heenan to act as local counsel.  (Doc. 8.) Mr. Mosier's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Robert A. Mosier *pro hac vice* is GRANTED on the condition that Mr. Mosier shall do his own work.  This means that Mr. Mosier must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Mosier, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 3rd day of November, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge