IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STEVE SMITH,<br><br>               Plaintiff,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA LLC, *f/k/a Pharmacia Corporation*, PARKE, DAVIS & COMPANY LLC, and WARNER-LAMBERT COMPANY LLC, *f/k/a Warner-Lambert Company*,<br><br>               Defendants. | CV 20-145-BLG-SPW-TJC<br><br>**ORDER** |

     Pursuant to the parties' Joint Motion to Stay Proceedings Pending Mediation (Doc. 23), and good cause appearing,

     IT IS HEREBY ORDERED that the motion (Doc. 23) is GRANTED and this proceeding shall be STAYED. All deadlines shall be suspended pending mediation. The parties shall submit a joint monthly mediation status report to the Court, which shall be filed on or before the 15th day of each month.

     DATED this 26th day of February, 2021.

                                                             _____
                                                             TIMOTHY J. CAVAN
                                                             United States Magistrate Judge