IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STEVE SMITH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA LLC, *f/k/a Pharmacia Corporation*, PARKE, DAVIS & COMPANY LLC, and WARNER-LAMBERT COMPANY LLC, *f/k/a Warner-Lambert Company*,<br><br>　　　　　Defendants. | CV 20-145-BLG-SPW-TJC<br><br>**ORDER** |

The parties have jointly moved the Court to suspend the filing of periodic status reports. (Doc. 30.) While the Court recognizes the parties' ongoing efforts to conclude final settlement details, status reports are necessary to ensure communication between the parties and the Court. Accordingly,

IT IS HEREBY ORDERED that the motion (Doc. 30) is DENIED. However, the parties shall submit **quarterly** status reports, beginning **January 3, 2022**.

DATED this 13th day of August, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge