IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STEVE SMITH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA LLC f/k/a PHARMACIA CORPORATION, PARKE, DAVIS & COMPANY LLC as successor-in-interest of PARKE, DAVIS & COMPANY, AND WARNER-LAMBERT COMPANY LLC f/k/a WARNER-LAMBERT COMPANY,<br><br>　　　　　Defendants. | CV 20-145-BLG-SPW-TJC<br><br>ORDER |

　　　Pursuant to the parties Stipulation of Dismissal with Prejudice (Doc. 32) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

　　　IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED WITH PREJUDICE** as to all Defendants, with each party to bear its own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of January, 2022.

                                                    /s/ Susan P. Watters
                                                    SUSAN P. WATTERS
                                                    United States District Judge